UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Amy Davis, | : |
| Plaintiff, | : Civil Action No.: 2:14-cv-12665 |
| v. | : Hon. George Caram Steeh |
| Quicken Loans, Inc., | : |
| Defendant. | : |

**STIPULATION OF DISMISSAL**

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Quicken Loans, Inc. with prejudice and without costs to any party.

| Amy Davis | Quicken Loans, Inc. |
|---|---|
| /s/ Sergei Lemberg | /s/ Jeffrey B. Morganroth |
| Sergei Lemberg, Esq. | Jeffrey B. Morganroth (P41670) |
| LEMBERG Law, LLC | Jill A. Gurfinkel (P56919) |
| 1100 Summer Street, 3rd Floor | MORGANROTH & MORGANROTH, PLLC |
| Stamford, CT 06905 | 344 N. Old Woodward, Suite 200 |
| Tel: (203) 653-2250 | Birmingham, MI 48009 |
| slemberg@lemberglaw.com | Tel: (248) 864-4000 |
| Attorney for Plaintiff | jmorganroth@morganrothlaw.com |
| | Attorneys for Defendant |

SO ORDERED

s/George Caram Steeh
United States District Judge

Dated: January 5, 2015

## CERTIFICATE OF SERVICE

  I hereby certify that on December 31, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of Michigan Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Jeffrey B. Morganroth  
Morganroth & Morganroth, PLLC  
344 N. Old Woodward, Suite 200  
Birmingham, MI 48009

            By _/s/ Sergei Lemberg_____  
              Sergei Lemberg, Esq.